## RECONSIDERATION OF PRIOR DECISIONS

2009–2358.   Allstate Ins. Co. v. Campbell.
Franklin App. Nos. 09AP–306, 09AP–307, 09AP–308, 09AP–309, 09AP–318, 09AP–319, 09AP–320, and 09AP–321, 2009-Ohio-6055. Reported at ___ Ohio St.3d ___, 2010-Ohio-6312, ___ N.E.2d ___. On joint motion for reconsideration or clarification. Motion denied.

 LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

 MCGEE BROWN, J., not participating.

2010–1672.   Pavelish v. Cincinnati.
Hamilton App. No. C–090812. Reported at 127 Ohio St.3d 1486, 2010-Ohio-6371, 939 N.E.2d 184. On motion for reconsideration. Motion denied.

 MCGEE BROWN, J., not participating.

2010–1776.   State v. Willis.
Franklin App. No. 08AP–536, 2009-Ohio-325. Reported at 127 Ohio St.3d 1486, 2010-Ohio-6371, 939 N.E.2d 184. On motion for reconsideration. Motion denied.

 MCGEE BROWN, J., not participating.

2010–1830.   State ex rel. McGrath v. Gallagher.
In Mandamus and Prohibition. Reported at 127 Ohio St.3d 1483, 2010-Ohio-6371, 939 N.E.2d 182. On motion for reconsideration. Motion denied.

 MCGEE BROWN, J., not participating.